■ DYNAMICS CORPORATION OF AMERICA, Respondent, v. 912 REALTY CORPORATION, Defendant, and GREATER NEW YORK INDUSTRIES, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ IRMA ST. LAURENT, Appellant, v. MAX SCHWARTZ et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ MIRIAM ANDORS et al., Respondents, v. JAMES A. LANG, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of ROBERT SUSSMAN, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and ISRAEL HONIGMAN, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent and the intervenor-respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— Final order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ BRONX PAPER PRODUCTS CO., INC., Appellant, v. JOSEPH DI FEDE et al., Constituting the State Labor Relations Board, Respondents.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ. [8 Misc 2d 1034.]

■ ALBERT CHAPMAN, Appellant, v. UNITED FRUIT COMPANY, Defendant-Respondent and THIRD-PARTY Plaintiff-Appellant. LEWIS HASS PAINTING CO., INC., Third-Party Defendant-Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs to the defendant-respondent, against the plaintiff-appellant, and with costs to the third-party defendant-respondent against the third-party plaintiff-appellant. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NOEL IRIZARRY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ FLORIDA CITRUS CANNERS COOPERATIVE, Appellant, v. REDDI-WIP, INC., Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ MARTHA KAMERMAN, Respondent, v. CAPE CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ CAPE CORPORATION, Appellant, v. KNITWEAR LEADERS, INC., et al., Defendants, and MARTHA KAMERMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ LILLIAN HELLMAN, Appellant, v. HOFFMAN MOTOR CAR CO., INC., Defendant, and HOFFMAN SERVICE STATIONS, INC., Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [9 Misc 2d 418.]